United States District Court
Southern District of Texas
**ENTERED**
November 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HUMBERTO VERDE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-02608 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NATIONWIDE CAPITAL | § | |
| SERVICES, LLC, | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Humberto Verde proceeds here *pro se*. He filed a request for entry of default against Defendant Nationwide Capital Services, LLC. Dkt 15.

This action was referred to Magistrate Judge Richard Bennett. Pending is a Memorandum and Recommendation recommending that the request for entry of default be granted because Plaintiff effected proper service under Rule 4(h) of the Federal Rules of Civil Procedure and Nevada law. Dkt 16.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

2

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 16.

The request for entry of default is GRANTED. Dkt 15.

The Clerk of Court is DIRECTED to enter default against Defendant Nationwide Capital Services, LLC.

Plaintiff is ORDERED to follow and observe the ordering language in the Memorandum and Recommendation. See Dkt 16 at 3.

SO ORDERED.

Signed on November 18, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge